I concur as to the issue of this Court's jurisdiction over this appeal.
I dissent as to the remainder of the opinion. I know the facts in Moye v. A.G. *Page 77 Gaston Motels, Inc., 499 So.2d 1368 (Ala. 1986), because I wrote the opinion in that case. The case before us is not Moyev. A.G. Gaston. See Hail v. Regency Terrace Owners Ass'n,782 So.2d 1271 (Ala. 1999); Nail v. Jefferson County Truck GrowersAss'n, Inc., 542 So.2d 1208 (Ala. 1988) (scintilla rule in effect); and Finley v. Patterson, 705 So.2d 826, 830-34 (Ala. 1997) (Houston, J., dissenting).